UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>   Plaintiff,<br><br>   v.<br><br>KEANE ERNST ANRIG, et al.,<br><br>   Defendants. | No. 1:25-cv-00870-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 17, 2025, the Court screened Plaintiff complaint, found that Plaintiff stated cognizable denial of access to the courts claims against Defendants Anrig, Kaleh and Behe, and cognizable retaliation claims against Defendants Kaleh and Villalobos.  (ECF No. 8.)  The Court granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed only on the cognizable claims.  Plaintiff has not filed an amended complaint or notified the Court of his intent to proceed on the cognizable claims and the time to do so has passed.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a

1

recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2