**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

TRAVIS JUSTIN CUELLAR,

Plaintiff,

v.

KEANE ERNST ANRIG, et al.,

Defendants.

No.  1:25-cv-00870 JLT SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc. 11)

Travis Justin Cuellar seeks to hold the defendant liable for violations of his civil rights pursuant to 42 U.S.C. § 1983.  After screening the complaint and informing Plaintiff that he stated some cognizable claims but that others were insufficiently pleaded, the Court afforded Plaintiff the opportunity to stand on the cognizable claims or amend his complaint.  (Doc. 8.)  The Court gave Plaintiff thirty days to respond, but he failed to do so or otherwise communicate with the Court.  Thereafter, the magistrate judge found Plaintiff failed to obey the Local Rules and failed to prosecute the action.  (Doc. 11.)  The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit, and recommended the action be dismissed.  (*Id.* at 2-3.)

The Court served the  Findings and Recommendations on Plaintiff at the address on record and notified him that any objections were due within 14 days.[1]  (Doc. 11 at 3.)  The Court

---

[1] The U.S. Postal Service returned the Findings and Recommendations as "Undeliverable, New Address" on

1

advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 4, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 30, 2026 (Doc. 11) are **ADOPTED** in full.

2. This action is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

UNITED STATES DISTRICT JUDGE

---

February 17, 2026.  The Court re-served the Findings and Recommendations at the new address on February 18, 2026.

2