UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | No. 1:25-cv-00870-JLT-SAB (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| KEANE ERNST ANRIG, et al., | (ECF Nos. 1, 8, 14) |
| Defendants. | |

On May 15, 2026, the instant action filed pursuant to 42 U.S.C. § 1983, was reopened based on Plaintiff's contention that he submitted responses to orders that were not received by the Court. (ECF Nos. 14, 16.)

On November 17, 2025, the Court screened Plaintiff complaint, found that Plaintiff stated cognizable denial of access to the courts claims against Defendants Anrig, Kaleh and Behe, and cognizable retaliation claims against Defendants Kaleh and Villalobos. (Doc. 8.) The Court granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed only on the cognizable claims. (ECF No. 8.)

Based on Plaintiff's contention that he wishes to proceed solely on the claims found to be cognizable, (ECF No. 14 at 1), it is HEREBY RECOMMENDED that:

1

1. This action proceed only on Plaintiff's denial of access to the courts claims against Defendants Anrig, Kaleh and Behe, and cognizable retaliation claims against Defendants Kaleh and Villalobos; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2