**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | No. 1:25-cv-00870-JLT-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| KEANE ERNST ANRIG, et al., | (Doc. 17) |
| Defendants. | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 19, 2026, the magistrate judge issued findings and recommendations that this action proceed on Plaintiff's complaint, filed July 16, 2025, for denial of access to the courts against Defendants Anrig, Kaleh, and Behe, and retaliation against Defendants Kaleh and Villalobos. (Doc. 17.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff has not filed objections and the deadline to do so has expired.[1]

---

[1] On June 10, 2026, after the deadline to file objections expired, Plaintiff filed a notice of change of address (Doc.

1

///

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on May 19, 2026, (Doc. 17), are **ADOPTED**.

2.  This action **SHALL PROCEED** on Plaintiff's complaint against Defendants Anrig, Kaleh and Behe for denial of access to the court, and against Defendants Kaleh and Villalobos for retaliation in violation of the First Amendment;

3.  All other claims and defendants are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4.  The action is referred to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **June 18, 2026**

_____
UNITED STATES DISTRICT JUDGE

---

18), which has been processed. Because Plaintiff previously indicated intent to proceed on only the cognizable claims and because the findings and recommendations were served on Plaintiff and have not been returned as undeliverable, the Court concludes it is appropriate to rule on the pending findings and recommendations without re-serving them on Plaintiff.