UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | No.  1:25-cv-00870-JLT-SAB (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| v. | |
| KEANE ERNST ANRIG, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 18, 2026, the Court found that Plaintiff's complaint states a cognizable claim for denial of access to the court against Defendants Anrig, Kaleh and Behe and a cognizable claim for retaliation against Defendants Kaleh and Villalobos.  (ECF No. 19.)

Accordingly, the Court ORDERS:

1. This case proceeds against Defendants Anrig, Kaleh and Behe for denial of access to the court and against Defendants Kaleh and Villalobos for retaliation pursuant to 42 U.S.C. § 1983.

2. Service is appropriate for the following Defendants:

**a. Keane Ernst Anrig, Deputy District Attorney for Madera County;**

1

**b. Kaleh, sergeant at the Madera County Jail;**

**c. Kevin Behe, officer at the Madera County Jail;**

**d. V. Villalobos, officer at the Madera County Jail;**

3. The Clerk of the Court shall send Plaintiff four USM-285 forms, four summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the endorsed complaint (ECF No. 1.)

4. Within 30 days from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents form and submit it to the Court with the following documents:

a. a completed summons for defendant named above;

b. a completed USM-285 form for defendant named above; and,

c. five copies of the endorsed complaint (ECF No. 1);

5. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-named documents, the Court will direct the United States Marshall to serve the documents pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:    **June 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2