**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br>Plaintiff,<br>v.<br>KEANE ERNST ANRIG, et al.,<br>Defendants. | No. 1:25-cv-00870-JLT-SAB (PC)<br>ORDER LIFTING STAY OF CASE AND DIRECTING THE CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER<br>(ECF Nos. 29, 31) |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action filed pursuant to 42 U.S.C. § 1983.

On September 9, 2026, the Court referred this action to alternative dispute resolution before United States Magistrate Judge Barbara A. McAuliffe and stayed the action to allow the parties to investigate Plaintiff's claims, meet and confer, and then participate in a settlement conference. (ECF No. 29.) The Court advised defense counsel that counsel could opt-out of the settlement conference within thirty days. (Id.) On October 9, 2026, Defendants filed a notice to opt out of the settlement conference. (ECF No. 31.) Defendants believe that a conference would be an inefficient use of the Court's resources at this time. (Id.)

/ / /

/ / /

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for December 10, 2026, before United States Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge